911 A.2d 918

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF EDUCATION, Appellee,**

v.

**CHESTER–UPLAND SCHOOL DISTRICT SPECIAL BOARD OF CONTROL, Michael F.X. Gillin, B. Granville Lash and Adriene M. Irving, Appellants.**

Supreme Court of Pennsylvania.

Nov. 21, 2006.

## ORDER

PER CURIAM.

We hereby **REVERSE** the order of the Commonwealth Court granting appellee partial summary relief in the nature of a peremptory judgment in mandamus. This matter is **REMANDED** to the Commonwealth Court for an evidentiary hearing on the merits of appellee's petition for review. *See Camiel v. Thornburgh,* 507 Pa. 337, 489 A.2d 1360 (1985); *Commonwealth ex rel. Schaffer v. Wilkins,* 271 Pa. 523, 115 A. 887 (1922).